# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DONNIE BUTCH JAMES
ADC No. 089050                                                                                    PETITIONER

vs.                             Case No. 5:10CV00084 JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Respondent has filed a Response arguing that the habeas Petition should be dismissed because Petitioner has failed to exhaust his state remedies, and because it is without merit. (Docket entry #11).

The Court concludes that a Reply by the Petitioner would be helpful to the resolution of this action. Therefore, the Court will direct Petitioner to file a Reply addressing the arguments raised in the Response (Docket entry #11), **on or before March 4, 2011.**

Dated this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE