# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DONNIE BUTCH JAMES
ADC#089050                                                                                          PETITIONER

VS.                                       5:10CV00084 JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #2) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 29th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE